UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

ROGER W. TITUS  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

# M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *United States of America v. Rodney Stansbury*  
              Criminal No. RWT-10-171-5

DATE:     January 3, 2012

* * * * * * * * *

By the consent of the parties, the sentencing currently scheduled on January 13, 2012 at 9:00 a.m. as to Rodney Stansbury is **RESCHEDULED** for **March 15, 2012 at 10:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                          /s/  
                                       Roger W. Titus  
                                       United States District Judge